**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAMSEY ABBOUSHI,**<br>Plaintiff,<br>vs.<br>**MERCEDES-BENZ USA, LLC, et al.**<br>Defendants. | Case No.: 4:26-cv-06064-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on August 26, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated: 8/27/2026

By: Haywood S. Gilliam Jr.
The Honorable Haywood S. Gilliam Jr.
United States District Judge